SO ORDERED: May 17, 2018.


Robyn L. Moberly
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE:  
JOHN BURR DANIELS JR  
SHEILA KAY DANIELS

CASE NO. 17-03257-RLM-13

DEBTOR(S)

### ORDER GRANTING DEBTOR (S)' §1329 MOTION TO MODIFY (DOC. 39)

This matter came before the Court on the Debtor (s)' §1329 Motion to Modify Plan after Confirmation (Doc. **39**) filed on **4/12/18** (more appropriately deemed to be a Motion to Modify Plan pursuant to §1329),

And the Court, having extended notice and no objections to said Motion having been filed, or if filed, said objection having been resolved or withdrawn, now finds that said Motion should be granted.   It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Debtor (s)' §1329 Motion to Modify Plan after Confirmation shall be granted.

IT IS FUTHER ORDERED that the Debtor(s) shall pay Ann M. DeLaney, Trustee as follows:

**Debtor shall pay a total of $13,946.64 through April, 2018. Beginning May, 2018, debtors shall pay $1,492.93 per month for a modified plan base of $87,100.00. All other aspects of the previously confirmed plan shall remain in effect.**

###